UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MAROCKA SANFORD,                                                     :
:
                Plaintiff,           :      23-CV-11262 (JMF)
:
      -v-                                                            :      <u>ORDER</u>
:
ABBOTT HOUSE and TYECIA SAMUELLS,                                    :
:
                Defendants.          :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record at the November 7, 2024, telephone conference,

- The parties' request for a stay of discovery, *see* ECF No. 22, is DENIED. All fact discovery — including Plaintiff's deposition — must be complete by **November 14, 2024**.

- The parties shall file a joint letter no later than **November 21, 2024**, indicating whether — and on what grounds — Defendants intend to move for summary judgment. Unless and until the Court orders otherwise, any summary judgment motion is due thirty days after the close of discovery.

**Finally, the pretrial conference scheduled for November 26, 2024, is CANCELED.**

      SO ORDERED.

Dated: November 7, 2024
       New York, New York                            _____
                                                              JESSE M. FURMAN
                                                     United States District Judge