UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAROCKA SANFORD

                       Plaintiff,                       **23-CV-11262 (JMF)**

      -against-                            **ORDER CANCELING**
                                                       **SETTLEMENT CONFERENCE**

ABBOT HOUSE & TYECIA SAMUELLS

                     Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      In light of the letter motion indicating that a settlement in principle has been reached between the parties, see ECF No. 28, the pre-settlement conference call in this matter scheduled for January 7, 2025, and the settlement conference scheduled for February 25, 2025, are hereby canceled.

      **SO ORDERED.**

DATED:    New York, New York
               November 12, 2024

                                                           _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge